**Electronically Filed
Supreme Court
SCOT-19-0000044
24-JUL-2019
12:28 PM**

SCOT-19-0000044

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF THE APPLICATION OF THE GAS COMPANY, LLC
dba HAWAII GAS FOR APPROVAL OF RATE INCREASES AND
REVISED RATE SCHEDULES AND RULES

_____

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
(Agency Appeal)

ORDER DENYING MOTION TO DISMISS APPEAL
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of appellee The Gas Company, LLC dba Hawaii Gas's Motion to Dismiss Appeal, filed May 12, 2019; the memorandum in support of the motion; appellants Life of the Land and Hui Aloha 'Aina o ka Lei Maile Ali'i's memorandum in opposition thereto, filed on May 17, 2019; the reply memorandum in support of the motion filed on June 5, 2019; and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied without prejudice to consideration of the standing issue when this court addresses the merits of the case.

DATED: Honolulu, Hawai'i, July 24, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

